KATHRYN T. MARTIN, Respondent, *v.* FLORENCE DONAHUE, Appellant, Impleaded with Another.

Argued October 21, 1942; decided December 3, 1942.

*Kenneth J. Dugan* for appellant.

*John J. Donohue, Edward N. Scheiberling* and *John M. Schneider* for respondent.

Judgment of Appellate Division reversed and that of Trial Term affirmed, with costs in this court and in the Appellate Division on the ground that there is no evidence sufficient to establish negligence on the part of the defendant Donahue. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS and DESMOND, JJ. Dissenting: CONWAY, J.